FILED: August 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1844
(8:20-cv-01960-GJH)

_____

JAMES ELLIS HALL, II

      Plaintiff - Appellant

v.

VERIZON COMMUNICATIONS, INC.

      Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:20-cv-01960-GJH |
| Date notice of appeal filed in originating court: | 08/02/2021 |
| Appellant(s) | James Ellis Hall, II |
| Appellate Case Number | 21-1844 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |